JONAS WEISER v. EMMERMAN & BAUMOEHL Co.— Application denied,

with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.